

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2014

No. 04-14-00838-CV

**IN THE INTEREST OF G.P.C., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2007EM501481
Honorable Eric Rodriguez, Judge Presiding

## O R D E R

On December 3, 2014, A. Comeaux filed a notice of appeal, complaining of the trial court's August 17, 2007, Order In Suit Affecting The Parent-Child Relationship. Comeaux did not timely file a notice of appeal or a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.1, 26.3.

A timely notice of appeal must be filed in order to invoke this court's jurisdiction. *See Sweed v. Nye*, 323 S.W.3d 873 (Tex. 2010). "Once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

We therefore **order** a response from Comeaux due by **January 5, 2015**, showing cause why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). Appellant has the burden to request the trial court clerk prepare a supplemental clerk's record containing all pleadings and orders necessary to show this court's jurisdiction. Appellant must file a copy of any such request with this court.

All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court